ACCEPTED
01-15-00136-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/22/2015 10:55:52 AM
CHRISTOPHER PRINE
CLERK

No. 01-15-00136-CV
In the Courts of Appeals for the
First District of Texas at Houston, Texas

_____

In the Interest of I.S.

----------------------------------

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/22/2015 10:55:52 AM

CHRISTOPHER A. PRINE
Clerk

T.S., Appellant
v.
DEPARTMENT OF FAMILY &
PROTECTIVE SERVICES, Appellee

_____

On appeal from the Harris County District Court
315th Judicial District; No. 2014-00465J

_____

————◆————

**WAIVER OF OPPORTUNITY TO
RESPOND TO APPELLANT'S *ANDERS* BRIEF**

————◆————

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Comes now the Department of Family & Protective Services (hereinafter "Department"), by the undersigned assistant county attorney, and respectfully waives the opportunity to file a brief in response to the *Anders* brief filed by counsel for Appellant. The Department would respectfully show the Court the following:

**I.**

In keeping with the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), which this court held was applicable to parental termination cases, counsel for the appellant has filed a brief containing the conclusion that

there is no arguable grounds for appeal and indicates that this appeal is frivolous. The electronic website for this court indicates a letter was sent by this court on April 27, 2015 advising Appellant that an Anders Brief was filed by his attorney and that Appellant could file a response by May 26, 2015.

## II.

Review of the appellant's brief reveals no question of constitutional dimension or other issue requiring review in the interest of justice.

**THEREFORE**, the DFPS waives the opportunity to file a response to the *Anders* brief filed by the attorney for appellant and moves the Court to affirm the trial court's judgment.

Respectfully submitted,

VINCE RYAN
COUNTY ATTORNEY

By: */s/ Sandra Hachem*
**Sandra D. Hachem**
Sr. Assistant County Attorney
State Bar #08667060
1019 Congress, 17th Floor
Houston, Texas 77002
Phone: 713/274-5293
Fax: 713/437-4700
Email: sandra.hachem@cao.hctx.net
Attorney for Appellee,
Department of Family
& Protective Services

## CERTIFICATE OF SERVICE

I hereby certify that on this the 22nd day of May a true and correct copy of the foregoing document was sent to all parties to this appeal by sending a copy of this document by electronic transmission to **Appellant, T.S.,** by and through her attorney of record, Stephen Pierce, at his email address of  spiercelaw@gmail.com and a copy was also sent to the attorney ad litem for the Child, Valeria Brock, at valeria.lee.brock@gmail.com.

/s/ Sandra Hachem
Sandra D. Hachem